UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

| | |
|---|---|
| J. G., a minor, by and through his father and natural guardian, Jaime Garcia,<br><br>Plaintiff,<br><br>vs.<br><br>The Hills Youth and Family Services, f/k/a St. James Home of Duluth, Inc., and Philadelphia Indemnity Insurance Company,<br><br>Defendants. | Civil No. 21-74 (PJS/LIB)<br><br><br><br>ORDER ADOPTING<br>REPORT AND RECOMMENDATION |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

Based upon the Report and Recommendation of United States Magistrate Judge Leo I. Brisbois, and after an independent review of the files, records and proceedings in the above-entitled matter, **IT IS ORDERED**:

1. The present action is **REMANDED** back to the Sixth Judicial District, County of St. Louis, State of Minnesota, District Court.

DATED: 5/17/21  
At Minneapolis, Minnesota

s/Patrick J. Schiltz_____  
Patrick J. Schiltz, Judge  
United States District Court